■ In the Matter of KEITH G. (ANONYMOUS), A Person Alleged to be a Juvenile Delinquent, Appellant.—

Munder, Acting P. J., Martuscello, Shapiro, Gulotta and Benjamin, JJ., concur.